**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/02/2018

IN RE:

SCOTT A. PRENTICE
PAULA M. PRENTICE
422 ELM ROAD
AMBRIDGE, PA 15003
XXX-XX-1747          Debtor(s)

XXX-XX-5206

Case No. 14-20133 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/2/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 241.44 <br> COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1006 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI** <br> PO BOX 183853 <br> ARLINGTON, TX  76096 | Trustee Claim Number: 2   INT %: 9.90% <br> Court Claim Number: 2 <br> CLAIM: 18,830.94 <br> COMMENT: CL2$-%GOV@PMT/CONF*GM FNCL/SCH | | CRED DESC: VEHICLE <br> ACCOUNT NO.: 5131 |
| **NATIONSTAR MORTGAGE LLC(*)** <br> PO BOX 619094 <br> DALLAS, TX  75261-9741 | Trustee Claim Number: 3   INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 0.00 <br> COMMENT: C10GOV*660.22/PL*1ST/SCH*633.08 X 60 + 2=LMT*BGN 2/14 | | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 8453 |
| **SELECT PORTFOLIO SVCG INC/FKA**** <br> FAIRBANKS CAPITAL*LOAN SVC CTR <br> POB 65450* <br> SALT LAKE CITY, UT  84165 | Trustee Claim Number: 4   INT %: 0.00% <br> Court Claim Number: NCF <br> CLAIM: 0.00 <br> COMMENT: PMT/PL*2ND/SCH*110X (60+2)=LMT | | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 7563 |
| **CHECKNET INC** <br> POB 703 <br> CARNEGIE, PA  15106-0703 | Trustee Claim Number: 5   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 575.50 <br> COMMENT: 3412~CREDIT ONE BANK/SCH*FNBM LLC | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0863 |
| **HSBC BANK++** <br> POB 5253 <br> CAROL STREAM, IL  60197 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 515597002196 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** <br> C/O CAVALRY PORTFOLIO SERVICES LLC* <br> PO BOX 27288 <br> TEMPE, AZ  85282 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 1,153.63 <br> COMMENT: 2500/SCH*HSBC BANK NV | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4675 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 518.09 <br> COMMENT: CREDIT ONE BNAK~5636/SCH*FNBM LLC | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6138 |
| **NATIONAL HOSPITAL COLLECTIONS*** <br> 16 DISTRIBUTOR DRIVE <br> STE 2 <br> MORGANTOWN, WV  26501 | Trustee Claim Number: 10  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9743 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **OLIPHANT FINANCIAL\*\*(++)**<br>C/O ATLAS ACQUISITIONS LLC<br>PO BOX 864934<br>ORLANDO, FL 32886-4934 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,543.77<br>COMMENT: 1005079077/SCH\*CAPITAL ONE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2500 |
| **NATIONAL RECOVERY AGENCY GROUP\*\***<br>POB 67015<br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~HVHS SEWICKLEY HSPTL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2060 |
| **NATIONAL RECOVERY AGENCY GROUP\*\***<br>POB 67015<br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~HVHS SEWICKLEY HSPTL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2192 |
| **NATIONAL RECOVERY AGENCY GROUP\*\***<br>POB 67015<br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~HVHS SEWICKLEY HSPTL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2192 |
| **NATIONAL RECOVERY AGENCY GROUP\*\***<br>POB 67015<br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~HVHS SEWICKLEY HSPTL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3129 |
| **NATIONAL RECOVERY AGENCY GROUP\*\***<br>POB 67015<br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~HVHS SEWICKLEY HSPTL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3154 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DFNCY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1135111407 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>2361 MORSE RD (NC2W43)<br>COLUMBUS, OH 43229 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 02050934933 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,228.95<br>COMMENT: 6972720154/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **ALLY FINANCIAL\*\***<br>C/O ALLY SERVICING LLC<br>PO BOX 78369<br>PHOENIX, AZ 85062-8369 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 10,759.02<br>COMMENT: NT/SCH\*DEFICIENCY BAL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5638 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **MATTHEW C WALDT ESQ**<br>MILSTEAD & ASSOCIATES LLC<br>ONE EAST STOW RD<br><br>MARLTON, NJ 08053 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LASALLE BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 15,507.89<br>COMMENT: C10GOV*8615.38/PL*1ST/SCH*THRU 1/14 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8453 |
| **SPRINT CORP(*)**<br>PO BOX 3326<br><br><br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 526.45<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5344 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 0.00<br>COMMENT: NTC:$650 W/DRAWN-DOC 49*NT PROV/PL*NTC-POSTPET FEES/EXP*REF CL*W/22 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8453 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 425.00<br>COMMENT: NT PROV/PL*NTC-POSTPET FEES/EXP*REF CL*W/22 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8453 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 500.00<br>COMMENT: NT PROV/PL*NTC-POSTPET FEES/EXP*REF CL*W/22 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8453 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: OLD NAVY/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1931 |