# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**Scott A Prentice**<br>**Paula M Prentice**<br><br>Debtor(s). | Case Number: **14-20133**<br><br>Chapter 13 |

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

**Oliphant Financial, LLC** (hereinafter "Creditor") hereby gives notice that all presently held or future payments and correspondences to Creditor for the claims filed in this bankruptcy case should be sent to the following address :

| | |
|---|---|
| **OLD ADDRESS** | Oliphant Financial, LLC<br>294 Union St.<br>Hackensack, NJ 07601 |
| **NEW ADDRESS** | Oliphant Financial, LLC<br>PO Box 788<br>Kirkland, WA 98083 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.

Signed by:  /s/ Alisa Biell          Dated:    2/26/2019
Authorized agent for Creditor

Print Name: Alisa Biell