**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  SCOTT A. PRENTICE<br>PAULA M. PRENTICE<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>         vs.<br>  SCOTT A. PRENTICE<br>PAULA M. PRENTICE<br><br>         Respondents | Case No.14-20133CMB<br><br><br>Chapter 13<br><br><br>Document No. 76 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___11th___ day of __March__, 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Borough Of Ambridge Water Auth
Attn: Payroll Manager
600 11Th St
Ambridge, PA 15003

is hereby ordered to immediately terminate the attachment of the wages of SCOTT A. PRENTICE, social security number XXX-XX-1747. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SCOTT A. PRENTICE.

BY THE COURT:

*Carlota M. Böhm* dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
3/11/19 12:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-20133-CMB
Scott A. Prentice                                                       Chapter 13
Paula M. Prentice
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric              Page 1 of 1              Date Rcvd: Mar 11, 2019
                         Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db/jdb         +Scott A. Prentice,    Paula M. Prentice,    422 Elm Road,    Ambridge, PA 15003-2136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert J. Taylor    on behalf of Joint Debtor Paula M. Prentice rjt52@hotmail.com,
               barristerob@gmail.com
              Robert J. Taylor    on behalf of Debtor Scott A. Prentice rjt52@hotmail.com,   barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott A. Dietterick    on behalf of Creditor    LaSalle Bank National Association, as trustee, on
               behalf of the holders of the GSAMP Trust 2006-HE5 Mortgage Pass-Through Certificates, Series
               2006-HE5 sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                                                             TOTAL: 8