**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Scott A. Prentice** | : | **Case No.: 14-20133** |
| **Paula M. Prentice** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Edward H. Cahill (0088985)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

19-015809_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                :
                                                                          :
  **Scott A. Prentice**                                  :       Case No.: 14-20133
  **Paula M. Prentice**                                :       Chapter 13
                                                                          :       Judge Carlota M. Bohm
  **Debtor(s).**                                             :       * * * * * * * * * * * * * * * * * * * * * * *
                                                                          :
                                                                          :

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 1, 2019.

<u>Service by ECF:</u>
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Robert J. Taylor, Attorney for Scott A. Prentice and Paula M. Prentice, 337 Merchant Street, Ambridge, PA 15003, rjt52@hotmail.com

<u>Service by First-Class Mail:</u>
Scott A. Prentice and Paula M. Prentice, 422 Elm Road, Ambridge, PA 15003

EXECUTED ON: <u>May 1, 2019</u>

                                        By: <u>/s/ Karina Velter</u>
                                        Signature
                                        <u>Karina Velter, Esquire</u>
                                        Typed Name
                                        <u>P.O. Box 165028, Columbus, OH 43216-5028</u>
                                        Address
                                        <u>614-220-5611</u>
                                        Phone No.
                                        <u>94781</u>
                                        List Bar I.D. and State of Admission

19-015809_PS