**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Scott A. Prentice
Paula M. Prentice**
Debtor(s)

Bankruptcy Case No.: 14−20133−CMB
Related to Doc. No. 81
Chapter: 13
Docket No.: 82 − 81

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 1st of May, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/18/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/2/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/18/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 14-20133-CMB
Scott A. Prentice                                                       Chapter 13
Paula M. Prentice
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric                 Page 1 of 2                  Date Rcvd: May 01, 2019
                              Form ID: 408               Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db/jdb         +Scott A. Prentice,    Paula M. Prentice,    422 Elm Road,    Ambridge, PA 15003-2136
13777461       +Alyk L. Oflazian, Esq.,    KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
13785744       +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
13796274       +Atlas Acquisitions LLC,    on behalf of Oliphant Financial, LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13777462       +Checknet, Inc.,    PO Box 703,    1100 Washington Avenue,    Carnegie, PA 15106-3614
13777464        GM Financial,   PO Box 78143,     Phoenix, AZ 85062-8143
13777465       +HSBC Bank,    PO Box 30253,    Salt Lake City, UT 84130-0253
13777466        HSBC Card Services,    PO Box 71104,    Charlotte, NC 28272-1104
13777467       +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,     701 Market Street,
                 Philadelphia, PA 19106-1538
13856415       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,     Attn: Bankruptcy Department,
                 350 Highland Dr.,    Lewisville, Texas 75067)
13777471       +NCB Management Services, Inc.,     PO Box 1099,   Langhorne, PA 19047-6099
13777469       +Nationstar Mortgage,    P.O. Box 60515,    City of Industry, CA 91716-0515
13777474       +PNC Bank - Consumer Loan Center,     Mailstop: P5-PCLC-A2R,    2730 Liberty Avenue,
                 Pittsburgh, PA 15222-4704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13788722        E-mail/Text: ally@ebn.phinsolutions.com May 02 2019 03:35:16
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13806164        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 03:30:27
                 American InfoSource LP as agent for,     Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13801100       +E-mail/Text: bankruptcy@cavps.com May 02 2019 03:37:06     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13777463        E-mail/PDF: creditonebknotifications@resurgent.com May 02 2019 03:28:58     Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
13850372       +E-mail/Text: kburkley@bernsteinlaw.com May 02 2019 03:37:30     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13777468       +E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:30:23     LVNV Funding LLC,
                 625 Pilot Road Suite 2/3,    Las Vegas, NV 89119-4485
13850230        E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:29:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13777470       +E-mail/Text: nhc@nhchome.com May 02 2019 03:35:14     NATL HOSPTIAL COLLECTION,
                 16 Distributors Dr. Suite 2,    Morgantown, WV 26501-7209
13777472       +E-mail/Text: Bankruptcies@nragroup.com May 02 2019 03:37:48     NTL Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13777473       +E-mail/Text: Bankruptcies@nragroup.com May 02 2019 03:37:48     NTL Recvoery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14669507       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 03:42:52
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13826535        E-mail/Text: appebnmailbox@sprint.com May 02 2019 03:36:31     Sprint Corp.,
                 Attn: Bankruptcy Dept,    PO Box 7949,   OVerland Park, KS 66207-0949
13777475        E-mail/Text: jennifer.chacon@spservicing.com May 02 2019 03:37:53
                 Select Portfolio Servicing,    P.O. Box P.O. Box 65250,   Salt Lake City, UT 84165-0250
13777476        E-mail/Text: bankruptcy@huntington.com May 02 2019 03:36:33     The Huntington National Bank,
                 PO Box 1558 EA1W37,    Columbus, OH 43216-1558
13777477       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 02 2019 03:35:06
                 Verizon Wireless,   PO. Box 4002,    Acworth, GA 30101-9003
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             LaSalle Bank National Association, as trustee, on
cr             NATIONSTAR MORTGAGE LLC
cr*           +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2              User: dric                Page 2 of 2                  Date Rcvd: May 01, 2019
                                  Form ID: 408              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert J. Taylor    on behalf of Joint Debtor Paula M. Prentice rjt52@hotmail.com,
               barristerob@gmail.com
              Robert J. Taylor    on behalf of Debtor Scott A. Prentice rjt52@hotmail.com,  barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott A. Dietterick    on behalf of Creditor     LaSalle Bank National Association, as trustee, on
               behalf of the holders of the GSAMP Trust 2006-HE5 Mortgage Pass-Through Certificates, Series
               2006-HE5 sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                                                              TOTAL: 8
```