**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    SCOTT A. PRENTICE                           Case No.:14-20133
    PAULA M. PRENTICE
          Debtor(s)                           Chapter 13

    Ronda J. Winnecour                          Document No.:
     Chapter 13 Trustee,
         Movant
        vs.
    No Respondents.

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2019

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/11/2014  and confirmed on 5/15/14 .  The case was subsequently      Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 94,171.46 |
| Less Refunds to Debtor | 1,241.25 | |
| TOTAL AMOUNT OF PLAN FUND | | 92,930.21 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,481.00 | |
|     Trustee Fee | 3,810.28 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,291.28 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 39,250.96 | 0.00 | 39,250.96 |
|     Acct: 8453 | | | | |
|   SELECT PORTFOLIO SVCG INC/FKA** | 0.00 | 6,930.00 | 0.00 | 6,930.00 |
|     Acct: 7563 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 15,507.89 | 15,507.89 | 0.00 | 15,507.89 |
|     Acct: 8453 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 18,830.94 | 18,830.94 | 5,194.14 | 24,025.08 |
|     Acct: 5131 | | | | |
| | | | | 85,713.93 |
| **Priority** | | | | |
|   ROBERT J TAYLOR ESQ | 2,481.00 | 2,481.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT A. PRENTICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT A. PRENTICE | 726.00 | 726.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT A. PRENTICE | 515.25 | 515.25 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAYLOR & HLADIO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8453 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 425.00 | 425.00 | 0.00 | 425.00 |
|     Acct: 8453 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 500.00 | 500.00 | 0.00 | 500.00 |
|     Acct: 8453 | | | | |
| | | | | 925.00 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 241.44 | 0.00 | 0.00 | 0.00 |
|     Acct: 1006 | | | | |
|   CHECKNET INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 575.50 | 0.00 | 0.00 | 0.00 |

14-20133

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| Acct: 0863 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX2196 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,153.63 | 0.00 | 0.00 | 0.00 |
| Acct: 4675 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 518.09 | 0.00 | 0.00 | 0.00 |
| Acct: 6138 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9743 | | | | |
| OLIPHANT FINANCIAL LLC** | 1,543.77 | 0.00 | 0.00 | 0.00 |
| Acct: 2500 | | | | |
| NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2060 | | | | |
| NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2192 | | | | |
| NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2192 | | | | |
| NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3129 | | | | |
| NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3154 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX1407 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX4933 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 2,228.95 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ALLY FINANCIAL** | 10,759.02 | 0.00 | 0.00 | 0.00 |
| Acct: 5638 | | | | |
| SPRINT CORP(*) | 526.45 | 0.00 | 0.00 | 0.00 |
| Acct: 5344 | | | | |
| MATTHEW C WALDT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1931 | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                                86,638.93

TOTAL
CLAIMED                   925.00
PRIORITY              34,338.83
SECURED               17,546.85

Date: 04/26/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SCOTT A. PRENTICE
    PAULA M. PRENTICE
         Debtor(s)

    Ronda J. Winnecour
         Movant
        vs.
    No Repondents.

Case No.:14-20133

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-20133-CMB
Scott A. Prentice                                                         Chapter 13
Paula M. Prentice
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 2        Date Rcvd: May 01, 2019
                           Form ID: pdf900          Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db/jdb         +Scott A. Prentice,   Paula M. Prentice,   422 Elm Road,   Ambridge, PA 15003-2136
13777461       +Alyk L. Oflazian, Esq.,   KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,
                701 Market Street,   Philadelphia, PA 19106-1538
13785744       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                Arlington, TX 76096-3853
13796274       +Atlas Acquisitions LLC,   on behalf of Oliphant Financial, LLC,   PO Box 788,
                Kirkland, WA 98083-0788
13777462       +Checknet, Inc.,   PO Box 703,   1100 Washington Avenue,   Carnegie, PA 15106-3614
13777464        GM Financial,   PO Box 78143,   Phoenix, AZ 85062-8143
13777465       +HSBC Bank,   PO Box 30253,   Salt Lake City, UT 84130-0253
13777466        HSBC Card Services,   PO Box 71104,   Charlotte, NC 28272-1104
13777467       +KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,   701 Market Street,
                Philadelphia, PA 19106-1538
13856415       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,   Attn: Bankruptcy Department,
                350 Highland Dr.,   Lewisville, Texas 75067)
13777471       +NCB Management Services, Inc.,   PO Box 1099,   Langhorne, PA 19047-6099
13777469       +Nationstar Mortgage,   P.O. Box 60515,   City of Industry, CA 91716-0515
13777474       +PNC Bank - Consumer Loan Center,   Mailstop: P5-PCLC-A2R,   2730 Liberty Avenue,
                Pittsburgh, PA 15222-4704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13788722        E-mail/Text: ally@ebn.phinsolutions.com May 02 2019 03:35:16
                Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13806164        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 03:31:53
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13801100       +E-mail/Text: bankruptcy@cavps.com May 02 2019 03:37:09   Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13777463        E-mail/PDF: creditonebknotifications@resurgent.com May 02 2019 03:30:20   Credit One Bank,
                PO Box 98872,   Las Vegas, NV 89193-8872
13850372       +E-mail/Text: kburkley@bernsteinlaw.com May 02 2019 03:37:33   Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13777468       +E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:30:26   LVNV Funding LLC,
                625 Pilot Road Suite 2/3,   Las Vegas, NV 89119-4485
13850230        E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:30:25
                LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13777470       +E-mail/Text: nhc@nhchome.com May 02 2019 03:35:14   NATL HOSPTIAL COLLECTION,
                16 Distributors Dr. Suite 2,   Morgantown, WV 26501-7209
13777472       +E-mail/Text: Bankruptcies@nragroup.com May 02 2019 03:37:48   NTL Recovery Agency,
                2491 Paxton Street,   Harrisburg, PA 17111-1036
13777473       +E-mail/Text: Bankruptcies@nragroup.com May 02 2019 03:37:48   NTL Recvoery Agency,
                2491 Paxton Street,   Harrisburg, PA 17111-1036
14669507       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 03:30:18
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13826535        E-mail/Text: appebnmailbox@sprint.com May 02 2019 03:36:32   Sprint Corp.,
                Attn: Bankruptcy Dept,   PO Box 7949,   OVerland Park, KS 66207-0949
13777475        E-mail/Text: jennifer.chacon@spservicing.com May 02 2019 03:37:53
                Select Portfolio Servicing,   P.O. Box P.O. Box 65250,   Salt Lake City, UT 84165-0250
13777476        E-mail/Text: bankruptcy@huntington.com May 02 2019 03:36:35   The Huntington National Bank,
                PO Box 1558 EA1W37,   Columbus, OH 43216-1558
13777477       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 02 2019 03:35:08
                Verizon Wireless,   PO. Box 4002,   Acworth, GA 30101-9003
                                                                              TOTAL: 15


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Duquesne Light Company
cr          LaSalle Bank National Association, as trustee, on
cr          NATIONSTAR MORTGAGE LLC
cr*        +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*        +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                    TOTALS: 3, * 2, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dric            Page 2 of 2              Date Rcvd: May 01, 2019
                              Form ID: pdf900       Total Noticed: 28
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor   NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
          James  Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert J. Taylor   on behalf of Joint Debtor Paula M. Prentice rjt52@hotmail.com,
           barristerob@gmail.com
          Robert J. Taylor   on behalf of Debtor Scott A. Prentice rjt52@hotmail.com,  barristerob@gmail.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Scott A. Dietterick   on behalf of Creditor   LaSalle Bank National Association, as trustee, on
           behalf of the holders of the GSAMP Trust 2006-HE5 Mortgage Pass-Through Certificates, Series
           2006-HE5 sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                              TOTAL: 8
```