IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Scott A. Prentice ) | Case No.: 14-20133 CMB |
| Paula M. Prentice ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | Related Doc.: 88 |
| ) | |
|     Movant, ) | |
| ) | Hearing Date: 8-12-2019 |
|     Vs. ) | at 11:00 a.m. |
| Scott A. Prentice ) | |
| Paula M. Prentice ) | |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE OF ORDER OF COURT

I certify under penalty of perjury that I am, and at all times hereafter mentioned was, more than 18 years of age and that I served the above captioned on the parties at the addresses specified below on **July 3, 2019**.

The type of service made on the parties was First Class Postage Prepaid Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Scott A. Prentice
Paula M. Prentice
422 Elm Road
Ambridge, PA 15003

Robert J. Taylor, Esquire
Taylor & Hladio
337 Merchant St
Ambridge, PA 15003

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

**BY:**     /s/ Jeannine L. Lemarie
Jeannine L. Lemarie
Office of the Chapter 13 Trustee
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
cmecf@chapter13trusteewdpa.com