# PROCEEDING MEMO

Date: 07/02/2019 10:00 am

In re: Scott A. Prentice
Paula M. Prentice

Bankruptcy No. 14-20133-CMB
Chapter: 13
Doc. # 81

**Appearances:** Robert J. Taylor  not appearing

✓

**Movant(s):** Winnecour / Pail / Katz / DeSimone

**Respondents:**

**Creditor(s):**

Nature of Proceeding: #81 Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements

**Additional Pleadings:**

Winnecour: Neither the certificate of discharge eligibility nor financial management certificate filed.

**Judge's Notes:**

**Outcome:**

Debtor and Attorney Taylor to appear on August 12, 2019 at 11:00 AM to address this matter.

_____ Motion is GRANTED    _____ Order entered
_____ Motion is DENIED_____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                             Respondent(s) brief due _____ days
                             Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
7/3/19 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 14-20133-CMB
Scott A. Prentice                                                   Chapter 13
Paula M. Prentice
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: dric              Page 1 of 1           Date Rcvd: Jul 03, 2019
                             Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.
db/jdb         +Scott A. Prentice,    Paula M. Prentice,    422 Elm Road,    Ambridge, PA 15003-2136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           amps@manleydeas.com
          Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert J. Taylor    on behalf of Debtor Scott A. Prentice rjt52@hotmail.com,    barristerob@gmail.com
          Robert J. Taylor    on behalf of Joint Debtor Paula M. Prentice rjt52@hotmail.com,
           barristerob@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott A. Dietterick    on behalf of Creditor    LaSalle Bank National Association, as trustee, on
           behalf of the holders of the GSAMP Trust 2006-HE5 Mortgage Pass-Through Certificates, Series
           2006-HE5 sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                                                              TOTAL: 10
```