Certificate Number: 17082-PAW-DE-033229762

Bankruptcy Case Number: 14-20133



17082-PAW-DE-033229762

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 8, 2019, at 3:22 o'clock PM MST, SCOTT A PRENTICE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  August 9, 2019              By:    /s/Orsolya K Lazar

                                   Name:  Orsolya K Lazar

                                   Title: Executive Director