Certificate Number: 17082-PAW-DE-033236355

Bankruptcy Case Number: 14-20133



17082-PAW-DE-033236355

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2019, at 2:15 o'clock PM MST, PAULA M PRENTICE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 11, 2019            By:    /s/Orsolya K Lazar

                                   Name:  Orsolya K Lazar

                                   Title: Executive Director