IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Scott A. Prentice and Paula M. Prentice<br>    Debtor(s)<br>******************************<br>Scott A. Prentice and Paula M. Prentice<br>Debtors(s), Movants<br><br>    v.<br>Ronda J. Winnecour, Chapter 13 Trustee<br>Respondents | Bankruptcy No. 14-20133-CMB<br><br>Chapter 13 |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 08/15/2019, at docket number (94), Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by *Undersigned Counsel* duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification

Dated: August 15, 2019    By:    /s/ Robert J. Taylor
                                                                                                            Signature
                                                                                                            Robert J. Taylor, Esq.
                                                                                                            Name of Filer - Typed
                                                                                                            337 Merchant Street, Ambridge, PA 15003
                                                                                                            Address of Filer
                                                                                                            rjt52@hotmail.com
                                                                                                            Email Address of Filer
                                                                                                            724-266-2370
                                                                                                            Phone Number of Filer
                                                                                                            PA BAR ID 05268
                                                                                                            Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**