# PROCEEDING MEMO

Date: 08/12/2019 11:00 am

In re: Scott A. Prentice
Paula M. Prentice

Bankruptcy No. 14-20133-CMB
Chapter: 13
Doc. # 81

Appearances: ~~Robert J. Taylor~~ Michael Eisen

Movant(s): ~~Winnecour~~ Pail / ~~Katz~~ DeSimone

Respondents:

Creditor(s):

Nature of Proceeding: #81 Chapter 13 Trustee's Continued Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements

Additional Pleadings: Certificate of Service

Judge's Notes:

Eisen: Debtors just completed their financial management courses.
Pail: still need certificate of discharge eligibility.
Continued to 9/11/19 at 11am.

Outcome:

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:   _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                               Respondent(s) brief due _____ days
                               Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
8/12/19 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                          Case No. 14-20133-CMB
Scott A. Prentice                                               Chapter 13
Paula M. Prentice
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1           Date Rcvd: Aug 13, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db/jdb         +Scott A. Prentice,    Paula M. Prentice,    422 Elm Road,    Ambridge, PA 15003-2136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert J. Taylor    on behalf of Debtor Scott A. Prentice rjt52@hotmail.com,    barristerob@gmail.com
              Robert J. Taylor    on behalf of Joint Debtor Paula M. Prentice rjt52@hotmail.com,
               barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott A. Dietterick    on behalf of Creditor    LaSalle Bank National Association, as trustee, on
               behalf of the holders of the GSAMP Trust 2006-HE5 Mortgage Pass-Through Certificates, Series
               2006-HE5 sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                                                               TOTAL: 10