IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Scott A. Prentice<br>Paula M. Prentice<br>　　Debtor | Case No.: 14-20133 CMB<br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13<br>Trustee,<br><br>　　Movant,<br><br>　　Vs.<br>Scott A. Prentice<br>Paula M. Prentice<br>　　Respondent(s) | re doc. no. 97 |

## ORDER OF COURT

AND NOW, this __26th__ day of __August__, 2019, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before September 30, 2019.

FILED
8/26/19 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_    dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Scott A. Prentice
Paula M. Prentice
    Debtors

Case No. 14-20133-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: dsaw　　　　Page 1 of 1　　　　Date Rcvd: Aug 26, 2019
                    Form ID: pdf900　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2019.
db/jdb　　　　+Scott A. Prentice,　Paula M. Prentice,　422 Elm Road,　Ambridge, PA 15003-2136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2019 at the address(es) listed below:
      Andrew F Gornall　　on behalf of Creditor　　NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
      James Warmbrodt　　on behalf of Creditor　　NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      Karina Velter　　on behalf of Creditor　　Nationstar Mortgage LLC d/b/a Mr. Cooper
       amps@manleydeas.com
      Karina Velter　　on behalf of Creditor　　NATIONSTAR MORTGAGE LLC amps@manleydeas.com
      Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft　　on behalf of Creditor　　Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Robert J. Taylor　　on behalf of Debtor Scott A. Prentice rjt52@hotmail.com,　barristerob@gmail.com
      Robert J. Taylor　　on behalf of Joint Debtor Paula M. Prentice rjt52@hotmail.com,
       barristerob@gmail.com
      Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
      Scott A. Dietterick　　on behalf of Creditor　　LaSalle Bank National Association, as trustee, on
       behalf of the holders of the GSAMP Trust 2006-HE5 Mortgage Pass-Through Certificates, Series
       2006-HE5 sad@jsdc.com,
       kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                              TOTAL: 10