## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
 SCOTT A. PRENTICE
 PAULA M. PRENTICE
   Debtor(s)

 Ronda J. Winnecour
   Movant
    vs.
 No Repondents.

Case No.:14-20133

Chapter 13

Document No.:  81

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this \_\_\_\_9th\_\_\_\_day of \_\_\_\_September\_\_\_\_, 20\_19\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
9/9/19 11:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm  **dmr**
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-20133-CMB
Scott A. Prentice                                                         Chapter 13
Paula M. Prentice
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala           Page 1 of 2              Date Rcvd: Sep 09, 2019
                             Form ID: pdf900       Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
```
db/jdb      +Scott A. Prentice,   Paula M. Prentice,   422 Elm Road,   Ambridge, PA 15003-2136
13777461    +Alyk L. Oflazian, Esq.,   KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,
             701 Market Street,   Philadelphia, PA 19106-1538
13796274    +Atlas Acquistions LLC,   on behalf of Oliphant Financial, LLC,   PO Box 788,
             Kirkland, WA 98083-0788
13777462    +Checknet, Inc.,   PO Box 703,   1100 Washington Avenue,   Carnegie, PA 15106-3614
13777465    +HSBC Bank,   PO Box 30253,   Salt Lake City, UT 84130-0253
13777466     HSBC Card Services,   PO Box 71104,   Charlotte, NC 28272-1104
13777467    +KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,   701 Market Street,
             Philadelphia, PA 19106-1538
13856415    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage,   Attn: Bankruptcy Department,
             350 Highland Dr.,   Lewisville, Texas 75067)
13777471    +NCB Management Services, Inc.,   PO Box 1099,   Langhorne, PA 19047-6099
13777469    +Nationstar Mortgage,   P.O. Box 60515,   City of Industry, CA 91716-0515
13777474    +PNC Bank - Consumer Loan Center,   Mailstop: P5-PCLC-A2R,   2730 Liberty Avenue,
             Pittsburgh, PA 15222-4704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13788722     E-mail/Text: bankruptcy@cavps.com Sep 10 2019 02:52:45
             Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13785744    +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 10 2019 02:52:51
             AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
13806164     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2019 02:51:30
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
13801100    +E-mail/Text: bankruptcy@cavps.com Sep 10 2019 02:53:23   Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13777463     E-mail/PDF: creditonebknotifications@resurgent.com Sep 10 2019 02:51:29   Credit One Bank,
             PO Box 98872,   Las Vegas, NV 89193-8872
13850372    +E-mail/Text: kburkley@bernsteinlaw.com Sep 10 2019 02:53:53   Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13777464     E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 10 2019 02:52:51   GM Financial,
             PO Box 78143,   Phoenix, AZ 85062-8143
13777468    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2019 02:51:48   LVNV Funding LLC,
             625 Pilot Road Suite 2/3,   Las Vegas, NV 89119-4485
13850230     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2019 02:51:30
             LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13777470    +E-mail/Text: nhc@nhchome.com Sep 10 2019 02:52:44   NATL HOSPTIAL COLLECTION,
             16 Distributors Dr. Suite 2,   Morgantown, WV 26501-7209
13777472    +E-mail/Text: Bankruptcies@nragroup.com Sep 10 2019 02:53:39   NTL Recovery Agency,
             2491 Paxton Street,   Harrisburg, PA 17111-1036
13777473    +E-mail/Text: Bankruptcies@nragroup.com Sep 10 2019 02:53:39   NTL Recvoery Agency,
             2491 Paxton Street,   Harrisburg, PA 17111-1036
14669507    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2019 02:52:06
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13826535     E-mail/Text: appebnmailbox@sprint.com Sep 10 2019 02:53:06   Sprint Corp.,
             Attn: Bankruptcy Dept,   PO Box 7949,   OVerland Park, KS 66207-0949
13777475     E-mail/Text: jennifer.chacon@spservicing.com Sep 10 2019 02:53:40
             Select Portfolio Servicing,   P.O. Box P.O. Box 65250,   Salt Lake City, UT 84165-0250
13777476     E-mail/Text: bankruptcy@huntington.com Sep 10 2019 02:53:07   The Huntington National Bank,
             PO Box 1558 EA1W37,   Columbus, OH 43216-1558
13777477    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 10 2019 02:52:42
             Verizon Wireless,   PO. Box 4002,   Acworth, GA 30101-9003
                                                                           TOTAL: 17


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Duquesne Light Company
cr           LaSalle Bank National Association, as trustee, on
cr           NATIONSTAR MORTGAGE LLC
cr*          Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*         +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                              TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: aala              Page 2 of 2           Date Rcvd: Sep 09, 2019
                              Form ID: pdf900         Total Noticed: 28
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Karina Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert J. Taylor    on behalf of Debtor Scott A. Prentice rjt52@hotmail.com,  barristerob@gmail.com
              Robert J. Taylor    on behalf of Joint Debtor Paula M. Prentice rjt52@hotmail.com,
               barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott A. Dietterick    on behalf of Creditor    LaSalle Bank National Association, as trustee, on
               behalf of the holders of the GSAMP Trust 2006-HE5 Mortgage Pass-Through Certificates, Series
               2006-HE5 sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                                              TOTAL: 10
```